# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CHERIE DOYLE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 20-04163-CV-C-NKL |
| NATIONAL TRUCKLOAD, INC., et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, a confidential proposed wrongful death settlement has been reached by the Parties, subject to Court approval.

1. The parties participated in a confidential mediation through the Mediation and Assessment Program and reached a confidential proposed settlement subject to Court approval.

2. Wrongful Death Settlement Hearing documents are forthcoming.

3. Counsel for Defendants are located in St. Louis, Missouri, Counsel for Plaintiff are located in Kansas City, Missouri, and Plaintiff Cherie Doyle resides in Chicago, Illinois.

4. With regards to the distance between the Parties and the difficulty and potential danger associated with air travel and in-person meetings during the COVID pandemic, the Parties respectfully request that they be allowed to hold the Wrongful Death Settlement Hearing for this matter via Zoom.

1

Respectfully Submitted,

DIPASQUALE MOORE, LLC

/s/ *Brian E. Tadtman*
Jason Moore            #54592
Brian Tadtman          #63280
4050 Pennsylvania Ave, Suite 121
Kansas City, MO 64111
Tele: (816) 888-7500
Fax: (816) 888-7519
*jason.moore@dmlawusa.com*
*brian.tadtman@dmlawusa.com*
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2020, the original of the foregoing was filed via CM/ECF and served to all counsel of record:

Steven J. Hughes
Joseph M. Hoffman
HUGHES LAWYERS, LLC
1314 So. 18th Street
St. Louis, MO 63104
Phone: (314) 328-5770
Email: steve@hugheslawyersllc.com
 joe@hugheslawyersllc.com
ATTORNEYS FOR DEFENDANTS

                                          /s/ Brian E. Tadtman
                                          Attorney for Plaintiff